**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
NEWMAN DIVISION**

UNITED STATES OF AMERICA

v.  CASES NO. 3:08cr001-RH
  3:11cv57-RH

KOJO KENYATTA BOSTIC,

 Defendant.

_____/

## ORDER DENYING THE § 2255 MOTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 160. No objections have been filed. The report and recommendation is correct and is adopted as the court's opinion, with this additional note.

The defendant Kojo Kenyatta Bostic pleaded guilty and was sentenced to prison. By a motion for relief under 28 U.S.C. § 2255, Mr. Bostic now challenges only the length of the prison sentence, not the conviction itself or other parts of the sentence. Mr. Bostic has completed service of the custody portion of the sentence. This provides an additional basis for denial of the § 2255 motion.

For this reason and the reasons set out in the report and recommendation,

IT IS ORDERED:

The clerk must enter judgment stating, "The defendant's motion for relief under 28 U.S.C. § 2255 is denied." The clerk must close the file.

SO ORDERED on October 15, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge